■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN WARE, Appellant. [614 NYS2d 918] —Appeal by the defendant, as limited by his brief, from a sentence of the

Supreme Court, Westchester County (West, J.), imposed September 15, 1993.

Ordered that the sentence is affirmed.

We have examined the record and find that the sentence imposed was not excessive or illegal. Mangano, P. J., Balletta, O'Brien, Hart and Florio, JJ., concur.